

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Quad A, Inc.,

\* From the 70th District Court
of Ector County,
Trial Court No. A-20-06-0626-CV.

Vs. No. 11-20-00223-CV

\* June 4, 2021

The G & M Harris Family Limited
Partnership, L.P., Gary Harris, Mary
Harris, and CJ Real Estate, LLC,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the parties' agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.